UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br>   Plaintiff,<br>  v.<br>PAULO CORRO, *et al.*,<br>   Defendants. | Case No. 21-cv-07085-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend as to the ADA claim and without prejudice as to the Unruh Act claim. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 26, 2022

           SUSAN ILLSTON
           United States District Judge